UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　Defendant. | Case No.  16-cv-00562-WHA   (MEJ)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

　　　　This case has been referred to the undersigned magistrate judge for all discovery-related matters.  The parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at http://www.cand.uscourts.gov/mej.  A copy is enclosed herewith for any pro se party.

　　　　The parties are advised they must meet and confer <u>in person</u> before any dispute is considered.  Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter.  If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest they met and conferred <u>in person</u> prior to filing the letter.  Accordingly, if there is a pending letter, the parties shall file a joint statement within three days of this notice verifying that they met in person prior to filing the letter.

　　　　Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: April 5, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge