1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
3 | 456 Montgomery Street, Suite 1400
San Francisco, California 94104
4 | Telephone: (415) 983-0900
Facsimile: (415) 397-9005
5
Attorneys for Plaintiff
6
JEFFREY D. WOHL (Cal. State Bar No. 96838)
7 | JULLIE Z. LAL (CAL. STATE BAR NO. 279067)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
8 | PAUL HASTINGS LLP
55 Second Street, 24th Floor
9 | San Francisco, California 94105-3441
Telephone:   (415) 856-7000
10 | Facsimile:   (415) 856-7100
jeffwohl@paulhastings.com
11 | jullielal@paulhastings.com
justinscott@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TOM,<br><br>            Plaintiff,<br><br>    vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>            Defendants. | No. 3:16-CV-00562-WHA<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Hon. William Alsup |

1     Pursuant to the stipulation of the parties, and good cause appearing therefor,

2     IT IS ORDERED that plaintiff's claims and this action shall be and hereby are
3 DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

5     Dated:  July 18, 2016.            _____
6                                                    Hon. William Alsup
                                                   United States District Judge